UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| GREGORY PRITCHETT | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:18-cv-03531-GLR |
| OMNI HOUSE, INC. | : | |
| Defendant | : | |

**MOTION TO DISMISS AMENDED COMPLAINT**

COMES NOW the Defendant, Omni House, Inc., by and through its attorneys, Jeffrey R. DeCaro, Adam D. Perrelli, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to Fed.R.Civ.P. 12(b)(1), moves herein to dismiss the Plaintiff's Amended Complaint for lack of subject matter jurisdiction, and as grounds therefor states as follows:

1. Plaintiff's allegations do not arise "under the Constitution, laws, or treaties of the United States."

2. Instead, Plaintiff's allegations of harm amount to nothing more than a state law claim for breach of a lease agreement.

3. Specifically, Plaintiff alleges that his apartment at the Omni House in Glen Burnie, Maryland is unsafe for habitation due to the presence of high levels of humidity and moisture. In essence, Plaintiff is alleging that water intrusion has caused mold to grow in certain areas of his apartment, and the presence of mold affects his ability to safety live in the apartment.

4. The fact that Plaintiff receives social security disability payments for a mental health disorder listed in the Amended Complaint as "Schizoaffective Disorder" does not, by itself, convert a breach of lease action into a lawsuit involving a federal question.

5.      As this Honorable Court lacks subject matter jurisdiction over the claims and causes of action set forth in the Amended Complaint, the case should be dismissed for lack of subject matter jurisdiction under Fed.R.Civ.P. 12(b)(1).

6.      And for such other reasons as are set forth in the Memorandum of Law appended hereto, and prayed to be read as a part hereof.

WHEREFORE, the premises considered, Defendant Omni House, Inc. respectfully requests that Plaintiff's Amended Complaint be dismissed for lack of subject matter jurisdiction.

    Respectfully submitted,

    DeCARO, DORAN, SICILIANO,
    GALLAGHER & DeBLASIS, LLP

    /s/ Jeffrey R. DeCaro
    Jeffrey R. DeCaro
    Federal Bar No. 00811
    jdecaro@decarodoran.com

    /s/ Adam D. Perrelli
    Adam D. Perrelli
    Federal Bar No. 19866
    17251 Melford Boulevard
    Suite 200
    Bowie, Maryland 20715
    (301) 352-4950
    Fax (301) 352-8691
    aperrelli@decarodoran.com

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 13th day of May, 2019, a copy of the foregoing

Motion to Dismiss Amended Complaint was e-filed to:

Jonathan B. Nace, Esquire
Nidel & Nace, PLLC
2201 Wisconsin Avenue, N.W.
Suite 200
Washington, D.C. 20007
*Counsel for Plaintiff*

            /s/ Jeffrey R. DeCaro
            Jeffrey R. DeCaro